Date 1/19/2015

Court of appeals number 04-14-00785-cv

Trial Court Case Number 2011-CI-15957

Maryann Castro

v.

Manuel Castro

To Honorable Judge Little foot



FILED 2015 JAN 22 PM 1:10 IN THE 4TH COURT OF APPEALS SAN ANTONIO, TEXAS

### MOTION TO MODIFY DECREE IN THE DIVISION OF THE MARTIAL ASSETS AND LIABILITIES DUE TO FRAUD COMMITED IN THE MARTIAL PROPERTY USING A COMPARATIVE MARKET ANALYSIS-A REALTORS OPINION, BANKRUPTCY AT THE TIME AGREEMENT WAS SIGNED ON OCT 30, 2013

Here comes Appellant MaryAnn Castro, asking the court reconsider the terms of the Decree related to the property.

The Martial Property at the time of the Agreement For Divorce signed 10/30/13, was in Active bankruptcy, Appellee, Manuel Castro misled the Court, by hiding the fact, he was not paying the mortgage, and the Bankruptcy stay was not lifted, and had not been filed at the time of the Agreement for Divorce was signed, it was hidden from Appellant Maryann Castro, and Appellee Manuel Castro proceeded to make a financial agreement knowing that the Bankruptcy was still active.

In the terms of refinancing it could not be done, due to Bankruptcy active, and Appellee was not making the mortgage payments hid that from Appellant MaryAnn Castro at the time of the signing for Final Divorce on Oct 30, 2013.Appellee, Manuel Castro owes a high dollar amount of mortgage in the martial home. There is no equity, Appellant MaryAnn Castro continues to live in the home, and further prays the Court, to award her Spousal Maintence, Johnson Control Retirement, Attorney Fees, for Appellee Manuel Castro committed fraud.

A Comparative Market Analysis a realtors opinion was used instead of a certified appraisal, Appellant Maryann Castro was not given her right to present to the court a Certified Appraisal showing the actual value of the martial home is 220,000, tax appraisal is 215,000.Apellee Manuel Castro, allowed his mistress Christina Pacheco who is listed in the Agreement for Divorce, to turn in a CMA-Comparative Market Analysis, to overvalue the martial home at 351,000 to defraud Appellant Maryann Castro of Spousal Maintence, who was the spouse of Appellee Manuel Castro for Thirty years.

Appellant Maryann Castro prays for the Court to allow her not to sell her homestead,1501 Olive, Appellee Manuel Castro allowed Martial home to go into foreclosure 1/6/2015 Appellant Maryann Castro interest was jeopardized, costing her almost her home, at 1501 Olive.

Appellant Maryann Castro, is praying the Court will award her the following Not Selling homestead 1501 Olive, Spousal Maintence, Johnson Control Retirement.

Appellant Maryann Castro is disabled, and Social Security is her only income, Appellee Manuel Castro has not supported Appellant Maryann Castro during the process of Divorce, and owes a high amount of Debt in the Martial home at 1501 Olive, and tried to steal 40,000 of fraud equity that was not there at the time of the Agreement for Final Divorce was signed on Oct 30, 2013.

Appellant Maryann Castro has been under extreme stress due to this Agreement for Final Divorce that should not of been processed due to Bankruptcy, the stay was not lifted, and Appellee Manuel Castro and Attorney Joseph Appelt still proceeded Divorce knowing the law requires the stay to be lifted in Bankruptcy, and Appellee Manuel Castro had Attorney  Joseph Appelt file to enforce Agreement knowing the fraud committed on 10/30/2013, and a copy of the Agreement that was never filed was used to defraud Appellant Maryann Castro to Modify Agreement by filing the Copy not Original in Bexar County, and it is a Fraud Copy Of a Final Agreement for Divorce.

Appellant Maryann Castro pray the Court to Modify, Agreement, Due to Fraud, Award Spousal Maintence, Johnson Control Retirement, And not sell the Martial home at 1501 Olive and stop the fraud of the Agreement Signed on Oct 30,2013,stop the Discrimination of, Appellant Maryann Castro,  is Disabled, Disability was ignored. Appellant Maryann Castro prevented Foreclosure, hired Attorney Foreclosure Specialist Matthew Obremeier, to protect her interest in her homestead, 1501 Olive, Appellee Manuel Castro did not stopped any foreclosure, or has not offered to repay high debt he allowed in the martial home when he stopped paying mortgage, allowed his mistress to remove Appellant Maryann Castro as contact person in her own home mortgage, forwarded mortgage statements to sister Leila Silva. Appellant Maryann Castro has suffered stress, and pray the Court relief her of the Agreement for Equity that was a fraud.

Respectfully


Ms. MaryAnn Castro-Appellant Pro- se

1501 Olive

Jourdanton Texas,78026

Pacattitude2014@gmail.com

▷

About.com    About Money    Real Estate Business    ...    Terms Beginning with Letters A - C

# Comparative Market Analysis in Real Estate



By James Kimmons
Real Estate Business Expert

Share this

Ads    Real Estate Software    Estate Sale Business    Property Realtor    Property Management Fees    Commercial Real State



**Definition:** When working with sellers to determine a listing price or with buyers to check value before offers to purchase, real estate agents do what is known as a comparative market analysis, or CMA.

By going to sold property records, the real estate professional selects recently sold properties that are similar to the subject property and in the same area. By comparing these properties, and adjusting for feature differences, an estimate of value is made for the subject property.

Ads

**Cold Calling Is Dead**
nevercoldcall.com
Learn modern prospecting techniques that work! Free 37-pg PDF download.

A thorough CMA would also include comparison to currently listed similar properties in the area. This would allow an assessment of the current competition and might lead to an increase or decrease in the estimate based on the sold properties.

**Also Known As:** CMA, comparables analysis

## REAL ESTATE BUSINESS CATEGORIES

A Plan for New Agents to Begin Their Real Estate Business ›

Real Estate Agent Advice - Find Out if a Real Estate Career is for You ›

Requirements, Tips and Resources for Taking Your Agent Exam ›

All About The Business of Real Estate - Real Estate Basics ›

Providing Services for Sellers of Real Estate ›

Marketing for the Agent, Brokerage and Client Properties ›

Providing Services for Buyers of Real Estate ›

Using Technology to Manage and Market a Real Estate Business ›

Management of a Real Estate Brokerage ›

Professional Development and Ethics in Real Estate ›

Working with Real Estate Investors ›

Commercial Real Estate ›

Real Estate Terminology & Definitions ›

Real Estate Blogs ›

Blog ›

Current News for Real Estate Professionals ›

Getting Your Real Estate Agent Career Started ›

Taking a Real Estate Career from Agent through a Large Brokerage Operation ›

Real Estate Investing ›

Updated Articles and Resources ›

## Related Articles

- Elements of an Effective Comparative Market Analysis or CMA
- The Sales Comparison Method of Real Estate Appraisal and Valuation
- A Fast and Easy Real Estate CMA Spreadsheet
- Top 4 Hot Sheet Items to Check for Your Listing Clients
- ARV - After Repair Value in Real Estate Investing
- The Self Defense CMA is Also Good Client Service

| Money Market | Savings | |
| --- | --- | --- |
| Rate | +/- | La |
| 0.115 % | ▸ | 0. |
| 0.130 % | ▸ | 0. |
| 0.143 % | ▸ | 0. |
| 0.157 % | ▸ | 0. |

Rate details
Informa Research Services, Inc.



synchrony

## Real Estate Business Essentials



**10 Real Estate Financial Calculator Problems Explained**
Understanding Investment Calculations and Formulas

**Real Estate Investment Analysis Spreadsheets**
Blog

**Unique Real Estate Web Site Content is Critical**
Internet Marketing for the Real Estate Brokerage

## Money Slideshows



**10 Things We're Not Telling Our Bosses**
Management & Leadership



**A Step-By-Step Guide to Making Candles**
Frugal Living



**Retail 101: How to Lay Out Your Store**
Retailing

## TODAY'S TOP 5 PI



5



4



3

2

W to
By Fo

H Bi Ri
By Ta

Tl Bi M
By Sr Ex

W Si Ti Li

## FREE EMAIL NEWSLETTER

Let About.com send you the latest from our

## What is the difference between a certified appraisal and a brokers market analysis or price opinion?

A certified appraisal is a formal, impartial estimate or opinion of value, usually written, of an adequately described property, as of a specific date, and supported by the presentation and analysis of relevant data. It is prepared as a result of a retainer, for reliance by identified parties, and for which the appraiser accepts responsibility. Only a state certified appraiser can provide a certified appraisal.

A comparative market analysis or brokers price opinion is an informal estimate of market value, based on comparable sales in the neighborhood, performed by a real estate agent or broker. You can do your own cost comparison by looking up recent sales of comparable properties in public records. These records are available at local recorder's or assessor's offices, through private companies or increasingly on the Internet through such sources as Domania or Yahoo etc.

The most important difference between a certified appraiser and broker or real estate sales agent is their motivation. A brokers typical goal is to obtain a listing and earn a commission. Although most brokers and agents are honest some might tell you what they think you want to hear. A certified appraiser is independent and has no axe to grind. They have no ulterior motives. Their only concern is to deliver a fair, accurate objective appraisal.

Date 1/19/2015

Court of appeals number 04-14-00785-cv

Trial Court Case Number 2011-CI-15957

Maryann Castro

v.

Manuel Castro

To Honorable Judge Little foot

## MOTION TO MODIFY DECREE IN THE DIVISION OF THE MARTIAL ASSETS AND LIABILITIES DUE TO FRAUD COMMITED IN THE MARTIAL PROPERTY USING A COMPARATIVE MARKET ANALYSIS-A REALTORS OPINION, BANKRUPTCY AT THE TIME AGREEMENT WAS SIGNED ON OCT 30, 2013

Here comes Appellant MaryAnn Castro, asking the court reconsider the terms of the Decree related to the property.

The Martial Property at the time of the Agreement For Divorce signed 10/30/13, was in Active bankruptcy, Appellee, Manuel Castro misled the Court, by hiding the fact, he was not paying the mortgage, and the Bankruptcy stay was not lifted, and had not been filed at the time of the Agreement for Divorce was signed, it was hidden from Appellant Maryann Castro, and Appellee Manuel Castro proceeded to make a financial agreement knowing that the Bankruptcy was still active.

In the terms of refinancing it could not be done, due to Bankruptcy active, and Appellee was not making the mortgage payments hid that from Appellant MaryAnn Castro at the time of the signing for Final Divorce on Oct 30, 2013.Appellee, Manuel Castro owes a high dollar amount of mortgage in the martial home. There is no equity, Appellant MaryAnn Castro continues to live in the home, and further prays the Court, to award her Spousal Maintence, Johnson Control Retirement, Attorney Fees, for Appellee Manuel Castro committed fraud.

A Comparative Market Analysis a realtors opinion was used instead of a certified appraisal, Appellant Maryann Castro was not given her right to present to the court a Certified Appraisal showing the actual value of the martial home is 220,000, tax appraisal is 215,000.Apellee Manuel Castro, allowed his mistress Christina Pacheco who is listed in the Agreement for Divorce, to turn in a CMA-Comparative Market Analysis, to overvalue the martial home at 351,000 to defraud Appellant Maryann Castro of Spousal Maintence, who was the spouse of Appellee Manuel Castro for Thirty years.

Appellant Maryann Castro prays for the Court to allow her not to sell her homestead,1501 Olive, Appellee Manuel Castro allowed Martial home to go into foreclosure 1/6/2015 Appellant Maryann Castro interest was jeopardized, costing her almost her home, at 1501 Olive.

Appellant Maryann Castro, is praying the Court will award her the following Not Selling homestead 1501 Olive, Spousal Maintence, Johnson Control Retirement.

Appellant Maryann Castro is disabled, and Social Security is her only income, Appellee Manuel Castro has not supported Appellant Maryann Castro during the process of Divorce, and owes a high amount of Debt in the Martial home at 1501 Olive, and tried to steal 40,000 of fraud equity that was not there at the time of the Agreement for Final Divorce was signed on Oct 30, 2013.

Appellant Maryann Castro has been under extreme stress due to this Agreement for Final Divorce that should not of been processed due to Bankruptcy, the stay was not lifted, and Appellee Manuel Castro and Attorney Joseph Appelt still proceeded Divorce knowing the law requires the stay to be lifted in Bankruptcy, and Appellee Manuel Castro had Attorney Joseph Appelt file to enforce Agreement knowing the fraud committed on 10/30/2013, and a copy of the Agreement that was never filed was used to defraud Appellant Maryann Castro to Modify Agreement by filing the Copy not Original in Bexar County, and it is a Fraud Copy Of a Final Agreement for Divorce.

Appellant Maryann Castro pray the Court to Modify, Agreement, Due to Fraud, Award Spousal Maintence, Johnson Control Retirement, And not sell the Martial home at 1501 Olive and stop the fraud of the Agreement Signed on Oct 30,2013,stop the Discrimination of, Appellant Maryann Castro, is Disabled, Disability was ignored. Appellant Maryann Castro prevented Foreclosure, hired Attorney Foreclosure Specialist Matthew Obremeier, to protect her interest in her homestead, 1501 Olive, Appellee Manuel Castro did not stopped any foreclosure, or has not offered to repay high debt he allowed in the martial home when he stopped paying mortgage, allowed his mistress to remove Appellant Maryann Castro as contact person in her own home mortgage, forwarded mortgage statements to sister Leila Silva. Appellant Maryann Castro has suffered stress, and pray the Court relief her of the Agreement for Equity that was a fraud.

Respectfully

Ms. MaryAnn Castro-Appellant Pro- se

1501 Olive

Jourdanton Texas,78026

Pacattitude2014@gmail.com



About.com    About Money    Real Estate Business    · · ·    Terms Beginning with Letters A - C

# Comparative Market Analysis in Real Estate

By James Kimmons
Real Estate Business Expert

Share this

Ads    Real Estate Software    Estate Sale Business    Property Realtor    Property Management Fees    Commercial Real State



## REAL ESTATE BUSINESS CATEGORIES

A Plan for New Agents to Begin Their Real Estate Business ›

Real Estate Agent Advice - Find Out if a Real Estate Career is for You ›

Requirements, Tips and Resources for Taking Your Agent Exam ›

All About The Business of Real Estate - Real Estate Basics ›

Providing Services for Sellers of Real Estate ›

Marketing for the Agent, Brokerage and Client Properties ›

Providing Services for Buyers of Real Estate ›

Using Technology to Manage and Market a Real Estate Business ›

Management of a Real Estate Brokerage ›

Professional Development and Ethics in Real Estate ›

Working with Real Estate Investors ›

Commercial Real Estate ›

Real Estate Terminology & Definitions ›

Real Estate Blogs ›

Blog ›

Current News for Real Estate Professionals ›

Getting Your Real Estate Agent Career Started ›

Taking a Real Estate Career from Agent through a Large Brokerage Operation ›

Real Estate Investing ›

Updated Articles and Resources ›

**Definition:** When working with sellers to determine a listing price or with buyers to check value before offers to purchase, real estate agents do what is known as a comparative market analysis, or CMA.

By going to sold property records, the real estate professional selects recently sold properties that are similar to the subject property and in the same area. By comparing these properties, and adjusting for feature differences, an estimate of value is made for the subject property.

Ads

**Cold Calling Is Dead**
nevercoldcall.com
Learn modern prospecting techniques that work! Free 37-pg PDF download.

A thorough CMA would also include comparison to currently listed similar properties in the area. This would allow an assessment of the current competition and might lead to an increase or decrease in the estimate based on the sold properties.

**Also Known As:** CMA, comparables analysis

## Related Articles

- **Elements of an Effective Comparative Market Analysis or CMA**
- **The Sales Comparison Method of Real Estate Appraisal and Valuation**
- **A Fast and Easy Real Estate CMA Spreadsheet**
- **Top 4 Hot Sheet Items to Check for Your Listing Clients**
- **ARV - After Repair Value in Real Estate Investing**
- **The Self Defense CMA is Also Good Client Service**

### Real Estate Business Essentials



**10 Real Estate Financial Calculator Problems Explained**
Understanding Investment Calculations and Formulas



**Real Estate Investment Analysis Spreadsheets**
Blog

### Money Slideshows



**10 Things We're Not Telling Our Bosses**
Management & Leadership



**A Step-By-Step Guide to Making Candles**
Frugal Living



**Retail 101: How to Lay Out Your Store**
Retailing

### FREE EMAIL NEWSLETTER

Let About.com send you the latest from our

**Money Market**    Savings

| Rate | +/- | La |
|------|-----|-----|
| 0.115 % | ▶ | 0. |
| 0.130 % | ▶ | 0. |
| 0.143 % | ▶ | 0. |
| 0.157 % | ▶ | 0. |

Rate details
Informa Research Services, Inc.


synchrony BANK    Spec 15-Mo    1.20
On balances

## TODAY'S TOP 5 PI


5


4

3

2

W to
By Fo

H
B
R
By
Ta

Tl
B
M
By
Sr
Ex

W
Si
Te
L

## What is the difference between a certified appraisal and a brokers market analysis or price opinion?

A certified appraisal is a formal, impartial estimate or opinion of value, usually written, of an adequately described property, as of a specific date, and supported by the presentation and analysis of relevant data. It is prepared as a result of a retainer, for reliance by identified parties, and for which the appraiser accepts responsibility. Only a state certified appraiser can provide a certified appraisal.

A comparative market analysis or brokers price opinion is an informal estimate of market value, based on comparable sales in the neighborhood, performed by a real estate agent or broker. You can do your own cost comparison by looking up recent sales of comparable properties in public records. These records are available at local recorder's or assessor's offices, through private companies or increasingly on the Internet through such sources as Domania or Yahoo etc.

The most important difference between a certified appraiser and broker or real estate sales agent is their motivation. A brokers typical goal is to obtain a listing and earn a commission. Although most brokers and agents are honest some might tell you what they think you want to hear. A certified appraiser is independent and has no axe to grind. They have no ulterior motives. Their only concern is to deliver a fair, accurate objective appraisal.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 22 PM 1:11

Keith E. Hottle

KEITH E. HOTTLE, CLERK

Maryann Costa
1801 Olive
Jourdanton TX
78026

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

FOREVER / USA

FOREVER / USA